1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIMMY LEE BENSON,

11          Petitioner,                    No. 2:11-cv-0150 MCE KJN P

12      vs.

13   M. BITER,

14          Respondent.              ORDER

15   _____/

16          Petitioner has requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

18   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

20   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

21   served by the appointment of counsel at the present time.

22          On June 21, 2012, petitioner filed a motion to appear in person at oral argument.

23   If the undersigned determines that oral argument is warranted in this action, he will make

24   arrangements for petitioner to appear.  For this reason, petitioner's motion to appear at oral

25   argument is denied as unnecessary.

26   ////

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Petitioner's July 5, 2012 motion request for appointment of counsel (Dkt. No.

3    30) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

4    2. Petitioner's motion to appear in person for oral argument (Dkt. No. 29) is

5    denied.

6    DATED: July 17, 2012

7

8    _____
     KENDALL J. NEWMAN

9    UNITED STATES MAGISTRATE JUDGE

10   bens0150.110

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26