IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BENSON,<br><br>                    Petitioner,<br><br>                    vs.<br><br>RANDY GROUNDS, Warden, Salinas Valley State Prison,[1]<br><br>                    Respondent. | No. 2:11-cv-00150-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 42] |

At Docket No. 42, Jimmy Lee Benson, a state prisoner appearing *pro se*, filed an Application for Certificate of Appealability. This Court denied a Certificate of Appealability in denying Benson's Petition.[2] Benson has not provided sufficient reason for this Court to vacate that denial and grant a Certificate of Appealability.

**IT IS THEREFORE ORDERED THAT** the Court declines to issue a Certificate of Appealability.[3]

---

[1] Randy Grounds, Warden, Salinas Valley State Prison, is substituted for M. Biter, Warden, Kern Valley State Prison. FED. R. CIV. P. 25(c).

[2] Docket No. 34.

[3] 28 U.S.C. § 2253(c); *Banks v. Dretke,* 540 U.S. 668, 705 (2004) ("To obtain a certificate of appealability a prisoner must 'demonstrat[e] that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.'" (quoting *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003))).

The Clerk of the Court is directed to forward a copy of this Order, together with the Request for a Certificate of Appealability to the Court of Appeals.

Dated: November 7, 2013.

        /s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge